✱ Filed in open court 11/21/06
(ew)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 144M (MPT) |
| | ) |
| JOSE MEJIA-LUNA | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(d), (e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

   _X_ Defendant's appearance as required

   \_\_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

　　___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

　　___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

　　___ At first appearance

　　___ After continuance of ___ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __6__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

　　1. At the time the offense was committed the defendant was:

　　　　___ (a) on release pending trial for a felony;

　　　　___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

　　　　___ (c) on probation or parole for an offense.

　__X__ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

　__X__ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __21st__ day of __November__ _____, 2006.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _/s/ Robert F. Kravetz_____
                Robert F. Kravetz
                Assistant United States Attorney

Case 1:06-mj-00144-MPT    Document 3    Filed 11/21/2006    Page 3 of 3